NANCY HERSH, ESQ., State Bar No. 49091
MARK E. BURTON, JR., ESQ., State Bar No. 178400
HERSH & HERSH
A Professional Corporation
601 Van Ness Avenue, Suite 2080
San Francisco, CA 94102-6396
(415) 441-5544

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| BARRY AVERS AND JANET AVERS,<br><br>   Plaintiff,<br><br>vs.<br><br>AGRYLIN, ANAGRELIDE, ROBERTS PHARMACEUTICALS, SHIRE PHARMACEUTICALS GROUP plc., WILLIAM NEWSOM, JR., M.D., AND DOES ONE TO 100,<br><br>   Defendants. | No.: 2:08-cv-02737-LKK-DAD<br><br>**ASSOCIATION OF COUNSEL**<br><br>**Time:   10:00 am**<br>**Crtrm:   27**<br>**Magistrate Judge Dale A. Drozd** |

    Plaintiffs *In Propria Persona* Barry Avers and Janet hereby associate Mark E. Burton, Jr., State Bar Number 178400, of Hersh & Hersh, a Professional Corporation, 601 Van Ness Avenue, Suite 2080, San Francisco, California 94102, telephone (415) 441-5544, facsimile (415) 441-7586, as counsel of record in this matter.

Dated: 2/12/09     /s/
                                  Barry Avers

PDF created with pdfFactory trial version www.pdffactory.com

Dated: 2/12/09              /s/
                                     Janet Avers

Dated: 2/12/09              /s/
                                     Mark E. Burton, Jr.

    IT IS SO ORDERED.

Dated:   February 19, 2009.

*/s/ Lawrence K. Karlton*
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT