IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY AVERS, et al.,

        Plaintiffs,

    v.

AGRYLIN, et al.,

        Defendants.

_____/

No. CIV S-08-2737 LKK DAD

ORDER

        On February 19, 2009, the district judge assigned to this case approved the association of Mark E. Burton, Jr., Esq., as counsel for plaintiffs, who were proceeding pro se when this action was removed from state court.

        Accordingly, IT IS ORDERED that:

        1. Pursuant to Local Rule 72-302(c)(21), this action is referred back to the assigned district judge for further proceedings, and the docket shall be modified to reflect that this case is not a Pro Se case;

        2. All documents hereafter submitted for filing in the case shall bear case number Civ. S-08-2737 LKK DAD or 2:08-cv-2737 LKK DAD; and

        3. Defendant Shire Pharmaceuticals Group plc shall re-notice its pending motion to dismiss (Doc. No. 8) for hearing before the assigned district judge after conferring with Ana Rivas,

1  Courtroom Deputy to the Honorable Lawrence K. Karlton, at (916) 930-4133, and with plaintiffs'
2  counsel concerning the hearing date.
3  DATED: February 23, 2009.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
DDad1\orders.prose\avers2737.ord.referback