HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California 94111-3941
Telephone: (415) 288-9800
Fax: (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendant
SHIRE PHARMACEUTICALS GROUP plc

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARRY AVERS AND JANET AVERS,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRYLIN, ANAGRELIDE, ROBERTS PHARMACEUTICALS, SHIRE PHARMACEUTICALS GROUP plc., WILLIAM NEWSOM, JR., M.D., AND DOES 1 TO 100,<br><br>Defendants. | No. 2:08-cv-02737-LKK-DAD<br><br>**STIPULATION AND ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES** |

Pursuant to L.R. 83-143 and 6-144, and Provision 9 of the Court's Order Setting Status (Pretrial Scheduling) Conference, dated February 23, 2009, plaintiffs Barry Avers and Janet Avers, and defendant Shire Pharmaceuticals Group plc hereby stipulate, through their counsel, to continue the Status (Pretrial Scheduling) Conference from May 4, 2009 to August 3, 2009, or thereafter. The parties further stipulate that the deadlines set forth in the Order Setting Status (Pretrial Scheduling) Conference shall be continued accordingly, as follows:

1. The deadline for filing and service of the parties' respective status

-1-

PDF created with pdfFactory trial version www.pdffactory.com

reports shall be to and including July 24, 2009;

  2. Any other deadline that is triggered by the Status (Pretrial Scheduling) Conference date shall be triggered by the continued date of August 3, 2009 for the Status (Pretrial Scheduling) Conference.

  3. Status (Pretrial Scheduling) Conference shall take place on August 3, 2009, at 3:00 p.m.

 The parties make this stipulation due to the pending motion to dismiss filed by defendant Shire Pharmaceuticals Group plc, which was heard on April 6, 2009, and which is currently under submission. It is in the interests of economy and efficiency to all parties and this Court that the Status (Pretrial Scheduling) Conference and related deadlines be continued.

 There have been no prior continuances of the subject deadlines.

 I, Thomas M. Frieder, hereby attest that concurrence in the filing of this document and authorization to sign the document on his behalf has been obtained from plaintiffs' counsel, Mark E. Burton, Jr.

 IT IS SO STIPULATED.

Dated: April 22, 2009     HASSARD BONNINGTON LLP

            /s/ Thomas M. Frieder
            Attorneys for Defendant
            Shire Pharmaceuticals Group plc


Dated: April 22, 2009     HERSH & HERSH

            /s/ Mark E. Burton, Jr.
            Attorneys for Plaintiffs
            Barry Avers and Janet Avers

Case No. 2:08-cv-02737-LKK-DAD
STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE AND RELATED DEADLINES

PDF created with pdfFactory trial version www.pdffactory.com

## ORDER

Pursuant to stipulation, it is so ordered.

DATED: April 23, 2009

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com