HASSARD BONNINGTON LLP
THOMAS M. FRIEDER, ESQ., State Bar No. 95411
JOANNA L. STOREY, ESQ., State Bar No. 214952
Two Embarcadero Center, Suite 1800
San Francisco, California  94111-3941
Telephone:  (415) 288-9800
Fax:  (415) 288-9801
Email: tmf@hassard.com

Attorneys for Defendant
SHIRE PHARMACEUTICALS GROUP plc

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| BARRY AVERS AND JANET AVERS,<br><br>Plaintiffs,<br><br>vs.<br><br>AGRYLIN, ANAGRELIDE, ROBERTS PHARMACEUTICALS, SHIRE PHARMACEUTICALS GROUP plc., WILLIAM NEWSOM, JR., M.D., AND DOES 1 TO 100,<br><br>Defendants. | No. 2:08-cv-02737-LKK-DAD<br><br>**STIPULATION AND ORDER OF PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SHIRE PHARMACEUTICALS GROUP plc PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(ii)** |

The parties to this action, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), wishing to avoid the costs of discovery directed to this Court's jurisdiction, or lack thereof, over Shire Pharmaceuticals Group plc, stipulate to Plaintiffs' voluntary dismissal without prejudice of all claims asserted in their original and amended Complaints against Defendant Shire Pharmaceuticals Group plc.  This Stipulation is not an appearance or participation in the case by Shire Pharmaceuticals Group plc and it does not operate as a waiver by Shire Pharmaceuticals Group plc of any defense or argument that it is not subject to personal jurisdiction in California, nor is it evidence that Shire Pharmaceuticals Group plc is subject to personal jurisdiction in California.

PDF created with pdfFactory trial version www.pdffactory.com

I, Thomas M. Frieder, hereby attest that concurrence in the filing of this document and authorization to sign the document on his behalf has been obtained from plaintiffs' counsel, Mark E. Burton, Jr.

IT IS SO STIPULATED.

Dated:  July 21, 2009					HASSARD BONNINGTON LLP

							/s/ Thomas M. Frieder
							Attorneys for Defendant
							Shire Pharmaceuticals Group plc


Dated:  July 21, 2009					HERSH & HERSH

							/s/  Mark E. Burton, Jr.
							Attorneys for Plaintiffs
							Barry Avers and Janet Avers

## ORDER

Pursuant to stipulation, in the above-captioned case, it is hereby ordered that defendant Shire Pharmaceuticals Group plc is DISMISSED WITHOUT PREJUDICE.


DATED: July 29, 2009


							_____
							LAWRENCE K. KARLTON
							SENIOR JUDGE
							UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com