UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY AVERS AND JANET
AVERS,

                                    NO. CIV. S-08-2737 LKK/DAD

        Plaintiffs,

    v.                                  O R D E R

AGRYLIN, ANAGRELIDE, ROBERTS
PHARMACEUTICALS, SHIRE
PHARMACEUTICALS GROUP plc.,
WILLIAM NEWSOM, JR., M.D.,
and DOES 1 to 100,

        Defendants.

_____/

     On April 20, 2010, the court granted plaintiffs, Barry and
Janet Avers', former counsel's motion to withdraw. ECF No. 60. The
court ordered plaintiffs to inform the court whether they have
retained alternative counsel or whether they instead wish to
proceed in pro se within forty-five (45) days. Accordingly,
plaintiffs' response was due on June 4, 2010. On June 11, 2010,
defendants Shire US Inc. and Mallinkrodt Inc. filed a notice
indicating that plaintiffs had not responded. Shortly thereafter,

1

chambers staff called plaintiffs at the telephone numbers listed on the proof of service to plaintiffs' counsel's motion to withdraw. ECF No. 61. On June 23, 2010, Janet Avers called the court. She stated that she was going to mail a letter stating that she wants to dismiss the case. She also indicated that she and Barry Avers were separated. The court has not received a letter from Janet Avers.

For the foregoing reasons, the court ORDERS as follows:

(1)   The court shall hold a hearing on August 30, 2010 at 10 a.m. in Courtroom 4, 15th floor of the Robert T. Matsui United States Courthouse, 501 I Street, Sacramento, CA 95814.

(2)   Both plaintiffs Barry and Janet Avers are ORDERED to appear at this hearing. Failure to appear will result in DISMISSAL of their case.

IT IS SO ORDERED.

DATED: July 13, 2010.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT