UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BARRY AVERS AND JANET AVERS,

          NO. CIV. S-08-2737 LKK/DAD

    Plaintiffs,

  v.                            O R D E R

AGRYLIN, ANAGRELIDE, ROBERTS PHARMACEUTICALS, SHIRE PHARMACEUTICALS GROUP plc., WILLIAM NEWSOM, JR., M.D., and DOES 1 to 100,

    Defendants.
_____/

    On April 20, 2010, the court granted plaintiffs Barry and Janet Avers' counsel's motion to withdraw. The court instructed plaintiffs to inform the court whether they have retained alternative counsel or wish to proceed pro se. No response has been filed.

    On July 13, 2010, the court ordered both plaintiffs to appear at a hearing on August 30, 2010 at 10 a.m. The court warned plaintiffs that if they failed to appear, the case would be

1

1 dismissed. Neither plaintiff appeared at the hearing.
2      For the foregoing reasons, the court ORDERS that the above-
3 captioned case is dismissed without prejudice. The court instructs
4 the Clerk of Court to close this case.
5      IT IS SO ORDERED.
6      DATED: September 2, 2010.

                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT